# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **BOHDAN LYTVYNENKO,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WARDEN, EL PASO PROCESSING** | § | |
| **CENTER, PAMELA BONDI,** | § | |
| **ATTORNEY GENERAL OF THE** | § | |
| **UNITED STATES; JOEL GARCIA, EL** | § | |
| **PASO FIELD OFFICE DIRECTOR,** | § | No.  3:26-CV-00519-LS |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT AND REMOVAL** | § | |
| **OPERATIONS; TODD M. LYONS,** | § | |
| **ACTING DIRECTOR,** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; AND** | § | |
| **MARKWAYNE MULLIN,** | § | |
| **SECRETARY OF THE DEPARTMENT** | § | |
| **OF HOMELAND SECURITY,** | § | |
| | § | |
| *Respondents*. | § | |

## <u>ORDER DISMISSING CASE</u>

Respondents informed the Court that they have agreed to release Petitioner from custody,[1] which is the relief Petitioner sought in his petition for a writ of habeas corpus.[2] Therefore, the Court denies the petition as moot and dismisses this case without prejudice.[3]

**SO ORDERED**.

---

[1] ECF No. 12.

[2] ECF No. 1 at 7.

[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (holding that a habeas petition becomes moot when the habeas relief requested "can no longer be effected").

**SIGNED** and **ENTERED** on May 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**